**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

MOHAMED SAED BOUH MOHAMAD
VADEL,

                Petitioner,

    v.

CRAIG A. LOWE, et. al.,

                Respondents.

CIVIL ACTION NO. 3:25-CV-02452

(MEHALCHICK, J.)

## ORDER

    **AND NOW**, on this 31st day of December 2025, for the reasons set forth in the Memorandum Opinion concurrently filed herewith, **IT IS HEREBY ORDERED** that Vadel's petition for writ of habeas corpus is **GRANTED**. (Doc. 1). Lowe is **ORDERED** to release Vadel from custody at the Pike County Correctional Facility. Lowe is also permanently enjoined from re-detaining Vadel under § 1225(b)(2)(A). Vadel may move to reopen this matter if Lowe seeks to detain him under § 1226(a) and fails to schedule a timely bond hearing.

                                     **BY THE COURT:**

                                 *s/ Karoline Mehalchick*
                                 **KAROLINE MEHALCHICK**
                                 **United States District Judge**